IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01670-RPM

JOSEPH C. ROBERTS AND ANNETTE S. ROBERTS,

    Plaintiffs,

v.

FIRE INSURANCE EXCHANGE,

    Defendant.

---

**ORDER ON PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE**

---

After considering plaintiffs' notice of dismissal without prejudice, the Court GRANTS the Notice and dismisses the case without prejudice.

SIGNED on 7-25, 2013.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

/s/ Robert D. Green
Robert D. Green
Robert D. Green & Associates, P.C.
440 Louisiana Street, Ste. 1930
Houston, Texas 77002
Telephone: (713) 654-9222
Facsimile: (713) 654-2155
e-mail: green@greentriallaw.com
*Attorneys for Plaintiffs*

/s/Daniel P. Barton
Daniel P. Barton
Ryan K. Haun
Barton Law Firm
1201 Shepherd Drive
Houston, Texas 77007
Telephone: (713) 227-4747
Facsimile: (713) 621-5900
e-mail: dbarton@bartonlawgroup.com
e-mail: rhaun@bartonlawgroup.com
*Attorneys for Plaintiffs*

OF COUNSEL:

Terry E. Rector, #11486
RECTOR LAW FIRM
131 S. Weber Street
Colorado Springs, CO 80903
Telephone: (719) 578-1106
Facsimile: (719) 635-3071
e-mail: trector@terryrectorlaw.com

L. Dan Rector, #7568
131 S. Weber Street
Colorado Springs, CO 80903
Telephone: (719) 473-0075
Facsimile: (719) 635-3071
e-mail: ldanrec@comcast.net